IN THE DISTRICT COURT WITHIN AND FOR THE OKLAHOMA COUNTY

STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
OCT 1 4 2021
RICK WARREN
COURT CLERK

| | |
|---|---|
| The City of Choctaw Oklahoma ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| Keith Wesley Edwards, ) | |
| ) | CV- 2021-2355 |
| Defendant, ) | |

## NOTICE OF APPEAL

Comes Now the Defendant Keith Wesley Edwards "Pro Se" pursuant to Title 11 O.S. § 27-129 gives notice of appeal to the citations issued as follows:

1. Citation # 085946 Trash container required

2. Citation # 085947 Mandatory use of trash service

Defendant was found guilty and fined $601 of the above offenses on 10/04/2021.

Respectfully submitted,

Keith Edwards
907 Oak Park Drive
Choctaw, OK 73020
4054647103

Certificate of service

Defendant hereby serves a true and correct copy of the Notice of appeal to the following:

The City of Choctaw Oklahoma Court Clerk          Hand delivery

1

Exhibit 1 of 2
1

IN THE MUNICIPAL COURT OF CHOCTAW
OKLAHOMA COUNTY, STATE OF OKLAHOMA

## ORDER TO PAY OR SHOW CAUSE

DEFENDANT'S NAME: __Edwards_____ __Keith_____ _____
                  LAST                   FIRST              MI

TELEPHONE NUMBER: __464-1103_____
                  Cell              Home              Work

ADDERSS: __907 Oak Park_____ __Choctaw__ __73020__
         Address, apt/lot #    City          State    Zip

TOTAL AMOUNT OWED: $ __601_____  + $20.00 Extension Fee (per Citation).

DATE OF ORDER: __10-4-21_____

1. DEFENDANT IS TO BE GIVEN A COPY OF THIS ORDER.

2. DEFENDANT IS ORDERED TO PAY $ __601w_____. ANY REMAINING BALANCE OWED ON YOUR FINE(S) MUST BE PAID NO LATER THAN __11-15-21____ AT 5:00 PM, AND IF NOT PAID AS ORDERED, **DEFENDANT MUST APPEAR BEFORE THE MUNICIPAL COURT OF CHOCTAW AT THAT DATE AND TIME TO ANSWER AND SHOW CAUSE WHY THE FINE(S) AND COST(S) HAVE NOT BEEN PAID IN FULL.**

3. The Court is giving the Defendant an opportunity to use all reasonable effort to pay the fine(s) and cost(s). A reasonable effort would include, but is not limited to, the following: (A) upon Defendant's receipt of funds after release by immediately paying those funds received to the Court Clerk; (B) earnestly by seeking employment, both full time and part-time jobs, (C) borrowing money from all available sources [commercial lenders, including credit cards, pawn brokers, friends, or relatives]; and selling property].

4. IF THE COURT FINDS THAT DEFENDANT WAS FINANCIALLY ABLE, BUT REFUSED OR NEGLECTED TO PAY THEIR FINE(S) AND COST(S), THE COURT CAN ORDER THE DEFFENDANT TO PAY THE FINE(S) AND COST(S) BY IMPRISONMENT IN THE OKLAHOMA COUNTY JAIL.

5. IF DEFENDANT FAILS TO APPEAR IN COURT AS ORDERED TO SHOW CAUSE, A WARRANT SHALL BE ISSUED FOR DEFENDANT'S ARREST, AND DEFENDANT SHALL BE IMPRISONED IN THE OKLAHOMA COUNTY JAIL TO SATISFY THE UNPAID FINE(S) AND COST(S).

DATE: __10-4-21_____

__[signature]_____
MUNICIPAL JUDGE OF THE CITY OF CHOCTAW

DATE: _____

__[signature] Keith_____
DEFENDANT'S SIGNATURE

Exhibit 2 of 2
1